UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROBERT CHARLES BREWER, JR.

CASE NO. 14-414-JJB-SCR

VERSUS

JASON ARD, ET AL.

**RULING ON MOTION TO DISMISS**

This Court previously issued a Ruling (doc. 24) granting Plaintiff, Robert Brewer, 20 days to file an amended complaint to cure the deficiencies noted in the Ruling. The Ruling considered the Motion (doc. 10) to Dismiss all 42 U.S.C. § 1983 claims asserted against Sheriff Ard and Warden Rushing. In its Ruling, the Court laid out the deficiencies in both the official-capacity and individual-capacity claims asserted against the two defendants. Plaintiff's Amended Complaint (doc. 25) has been considered.

Much of the Amended Complaint contains allegations as to newly named Defendants (doc. 25, at 1). The Amended Complaint does not cure the deficiencies laid out by this Court in its previous ruling with regard to Warden Rushing. Therefore, the Motion (doc. 10) to Dismiss, with regard to Warden Rushing, is **GRANTED**.

However, with regard to the 42 U.S.C. § 1983 claim against Sheriff Ard, Plaintiff urges that there exists a policy of compelling detainees to pay for medical care within the Livingston Parish Detention Center, and that such a policy resulted in gross indifference to Plaintiff's medical needs (doc. 25, at 2 ¶¶ 37-39).

Therefore, the Court will grant 21 days for Sheriff Ard to file a Motion to Dismiss with regard to the Amended Complaint.

Signed in Baton Rouge, Louisiana, on February 4, 2015.

_____
**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**